No. 87–354.   ARIZONA v. ROBERSON.   Ct. App. Ariz.   [Certiorari granted, *ante*, p. 975.]   Motion for appointment of counsel granted, and it is ordered that Robert L. Barrasso, Esq., of Tucson, Ariz., be appointed to serve as counsel for respondent in this case.   Motion of petitioner to dispense with printing the joint appendix granted.

No. 87–660.   PETERS ET AL. v. CITY OF SHREVEPORT.   C. A. 5th Cir.; and

No. 87–1001.   H. K. PORTER CO., INC. v. METROPOLITAN DADE COUNTY, FLORIDA, ET AL.   C. A. 11th Cir.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 87–5269.   OHSE v. HUGHES ET AL.   C. A. 7th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 9, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition for writ of certiorari in compliance with Rule 33 of the Rules of this Court.

No. 87–5875.   POPHAM v. CITY OF KENNESAW ET AL.   C. A. 11th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until February 9, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition for writ of certiorari in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 87–5890.   IN RE TRIPATI.   Petition for writ of mandamus denied.

No. 87–920.   MEYER, COLORADO SECRETARY OF STATE, ET AL. v. GRANT ET AL.   Appeal from C. A. 10th Cir.   Probable jurisdiction noted.

No. 87–626.   SHERIDAN ET UX. v. UNITED STATES.   C. A. 4th Cir.   Certiorari granted.